

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-93,731-02

### EX PARTE TIMOTHY WAYNE DUNLAP, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 007-0185-18-A IN THE 7TH DISTRICT COURT
### FROM SMITH COUNTY

*Per curiam*.

### O R D E R

Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07. On November 9, 2022, this Court remanded this matter to the trial court for affidavits, findings of fact and conclusions of law, and supplementation of the habeas record with various documents necessary to the disposition of Applicant's claims. On January 9, 2023, this Court received a supplemental record including an affidavit from trial counsel and findings of fact from the trial court, along with some of the documents requested by this Court's remand order. The trial court ordered the District Clerk to forward the supplemental record to this Court, including the specific items required by this Court's order. Under Article 11.07 of the Texas Code of Criminal Procedure, a district clerk is

required to forward to this Court, among other things, "the application, any answers filed, any motions filed, transcripts of all depositions and hearings, any affidavits, and any other matters such as official records used by the court in resolving issues of fact." *Id*. at § 3(d); *see also* TEX. R. APP. P. 73.4(b)(4). The record forwarded to this Court appears, however, to be incomplete. Specifically, the pre-sentence investigation report and the transcripts fo the plea and sentencing hearings are not contained in the supplemental record.

The district clerk shall either forward to this Court or certify in writing that these documents are not part of the record. The district clerk shall comply with this order within thirty days from the date of this order.

Filed: January 12, 2023
Do not publish